UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) ) BRUCE L. NAMENSON, ) ) Debtor ) ) | CHAPTER  11 CASE NO.  06-10444-RS |

DEBTOR'S AMENDED MOTION FOR LEAVE TO SELL
95-97 DARTMOUTH STREET, MEDFORD, MASSACHUSETTS,
FREE AND CLEAR OF ALL LIENS, CLAIMS AND
ENCUMBRANCES TO STEPHEN P. WHITE AND STACEY D. WHITE
(OR THEIR NOMINEE)

To the Honorable Robert Somma, United States Bankruptcy Judge:

Now comes Bruce L. Namenson, the Debtor in the above-entitled matter, who respectfully represents that:

1. This case was commenced by the filing on March 1, 2006, of a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code. This case was converted under Chapter 11 of the United States Bankruptcy Code on June 1, 2006.

2. The Debtor is the owner of the parcel of land with the buildings thereon located at 95-97 Dartmouth Street, Medford, Middlesex South County, Massachusetts hereinafter referred to as the "Property").

3. The Debtor has a buyer for said property and has entered into an Agreement to Sell Real Estate dated November 20, 2006, a copy of which is attached hereto as Exhibit "A".

4. Pursuant to said Agreement to Sell Real Estate, the Debtor has agreed, subject to the approval of the Bankruptcy Court, to sell the Property (the "Sale") to Stephen P. White and Stacey D. White or their nominee, (the "Purchaser") for a total purchase

price of Four Hundred Ninety-Nine Thousand Nine Hundred ($499,900.00) Dollars. As set forth in the Agreement, the Purchaser has paid a cash deposit of Eight Thousand Seven Hundred Twelve and 48/100 ($8,712.48) Dollars. The sum of Four Hundred Ninety-One Thousand One Hundred Eighty-Seven and 52/100 ($491,187.52) Dollars of the Purchase Price will be paid upon the closing of the Sale. The Sale shall occur as soon as may be practicable after the Court's approval of the Sale or at such other time as shall be agreed upon by the Seller and the Purchaser. The Debtor will sell the Property in "as is, where is" condition, free from any warranty.

5. An appraisal has been obtained in the sum of Five Hundred Twenty Thousand and 00/100 ($520,000.00) Dollars, a copy of which is attached hereto as Exhibit "B".

6. The following liens and encumbrances attach to the property:

    A. First mortgage to Countrywide Home Loans as determined on the date of closing or as determined by the U.S. Bankruptcy Court, in the approximate amount of Four Hundred Sixty-Eight Thousand ($468,000) Dollars.

7. Proceeds shall be distributed as follows:

    A. Water/Sewer/Real Estate Taxes;

    B. First mortgage to Countrywide Home Loans as determined on the date of closing or as determined by the U.S. Bankruptcy Court, in the approximate amount of Four Hundred Sixty-Eight Thousand ($468,000) Dollars.

    C. Normal closing costs.

   8.   The Property shall be sold free and clear of all claims, liabilities, equities, exceptions, contracts, options, obligations, encumbrances, charges, rights of third parties (express or implied), restrictions, mortgages, security interests, and other liens or liabilities of any nature.  Any perfected, enforceable valid liens shall attach to the balance of the proceeds of the sale, after deducting the payment for any closing costs as set forth in the Agreement, in accordance with the priorities established under applicable law.

   9.   The Debtor believes that the Purchase Price is fair and reasonable.

   10.  The Debtor believes that the Property is not likely to attract an offer higher than the Purchase Price at this time.  The proposed private sale is in the estate's best interest because the Seller has obtained a fair and reasonable price for the Property and has avoided the additional cost of conducting a public sale.

   11.  The Debtor requests this Honorable Court's approval of the proposed Notice of Intended Private Sale of Estate Property, Deadline for Submitting Objections and Higher Offers and Hearing Date (the "Notice") attached as Exhibit "C" hereto.  Upon approval of the Court, the Debtor shall serve the Notice (as supplemented by this Court) on all creditors, parties in interest, including the United States Trustee, parties who have filed appearances and requested service of all pleadings and notices, and parties regarded by the Seller as potential purchasers.

   WHEREFORE, the Debtor respectfully requests that the Court enter an Order:

   1.   Approving the Notice of Intended Private Sale and manner of service as set forth above;

   2.   Directing that the Property be sold free and clear of all claims, liabilities, equities, exceptions, contracts, options,

obligations, encumbrances, charges, rights of third parties (express or implied), restrictions, mortgages, security interests, and other liens, and that any perfected, enforceable valid liens shall attach to the balance of the proceeds of the sale, after deducting the payment for any closing costs as set forth in the Agreement, in accordance with the priorities established under applicable law;

3. Authorizing the Debtor to utilize the proceeds of the Sale, to the extent necessary, to pay closing costs associated with the Sale as set forth in the Agreement;

4. Authorizing and empowering the Debtor to take such further actions as are necessary, appropriate, or desirable to consummate the transactions provided for, or contemplated in, the Agreement.

5. Granting such other relief as the Court deems just and proper.

                            BRUCE L. NAMENSON, DEBTOR,
                            BY HIS ATTORNEY,

                            Norman Novinsky, BBO #374760
                            Novinsky & Associates
                            1350 Belmont Street, Suite 104
                            Brockton, MA 02301
                            (508) 559-1616

Dated: December 7, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>BRUCE L. NAMENSON,<br><br>Debtor | CHAPTER  11<br>CASE NO.  06-10444-RS |

CERTIFICATE OF SERVICE RE
DEBTOR'S AMENDED MOTION FOR LEAVE TO SELL
95-97 DARTMOUTH STREET, MEDFORD, MIDDLESEX SOUTH COUNTY,
MASSACHUSETTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND
ENCUMBRANCES, EXHIBIT "A" - AGREEMENT TO SELL REAL ESTATE,
EXHIBIT "B" - APPRAISAL AND EXHIBIT "C" - NOTICE OF INTENDED
PRIVATE SALE OF ESTATE PROPERTY DEADLINE FOR SUBMITTING
OBJECTIONS AND HIGHER OFFERS AND HEARING DATE

I, the undersigned, do hereby certify that on this 7th day of December, 2006, I did serve the following documents by mailing copies of same by first-class mail, postage prepaid, to the parties indicated on the attached Notice List:

1. Debtor's Amended Motion for Leave to Sell 95-97 Dartmouth Street, Medford, Middlesex South County, Massachusetts, Free and Clear of All Liens, Claims, and Encumbrances to Stephen P. White and Stacey D. White (or their Nominee);

2. Exhibit "A" - Agreement to Sell Real Estate;

3. Exhibit "B" - Appraisal; and

4. Exhibit "C" - Notice of Intended Private Sale of Estate Property Deadline for Submitting Objections and Higher Offers and Hearing Date.

_____
Norman Novinsky, BBO #374760
Novinsky & Associates
1350 Belmont Street, Suite 104
Brockton, MA 02301
(508) 559-1616

**NOTICE LIST**

OFFICE OF THE U.S. TRUSTEE
10 CAUSEWAY STREET, ROOM 1184
BOSTON, MA 02222-1043

JOHN FITZGERALD
OFFICE OF THE U.S. TRUSTEE
10 CAUSEWAY STREET
BOSTON, MA 02222

BRUCE L. NAMENSON
12 STARLIGHT DRIVE
WALPOLE, MA 02081

**CREDITORS**

CAPITAL ONE BANK
C/O TSYS DEBT MANAGEMENT
P.O. BOX 5155
NORCROSS, GA 30091

COUNTRYWIDE HOME LOANS
P.O. BOX 8239
VAN NUYS, CA 91409-8239

CROSS COUNTRY BANK
APPLIED BANK
P.O. BOX 17120
WILMINGTON, DE 19886-7220

HSBC BANK NEVADA NA/HSBC CARD SERVICES III
ECAST SETTLEMENT CORPORATION, AS ITS AGENT
P.O. BOX 35480
NEWARK, NJ 07193-5480

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES FUNCTION STOP 20800
P.O. BOX 9112 JFK BUILDING
BOSTON, MA 02203

LONG BEACH MORTGAGE LOAN TRUST
WASHINGTON MUTUAL BANK, F.A.
19850 PLUMMER STREET
CHATSWORTH, CA 91311

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 9564
BOSTON, MA 02114-9564

ORCHARD BANK
HOUSEHOLD CREDIT SERVICES
P.O. BOX 80084
SALINAS, CA  93912-0084

SEARS
P.O. BOX 182149
COLUMBUS, OH  43218-2149

U.S. DEPARTMENT OF EDUCATION
P.O. BOX 13328
RICHMOND, VA  23225